**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00150-CV**
_____

**FARID ALI DATOO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 3
Jefferson County, Texas
Trial Cause No. 314649

**MEMORANDUM OPINION**

Appellant Farid Ali Datoo filed a motion to dismiss this appeal. The motion appears to be voluntarily made by the appellant and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on June 23, 2021
Opinion Delivered June 24, 2021

Before Golemon, C.J., Horton and Johnson, JJ.